February 2006                                                                                  2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re
**Salinardi, William Francis**

CHAPTER: **7**

Debtor(s).    CASE NO.:

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **Salinardi, William Francis**_____ , the debtor in this case, declare under penalty
   *(Print Name of Debtor)*
of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☒ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I,_____ , the debtor in this case, declare under penalty
   *(Print Name of Joint Debtor, if any)*
of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: **January 5, 2011**    Signature */s/ **William Francis Salinardi***
                                                                                            *Debtor*

Date: _____    Signature _____
                                                                                            *Joint Debtor (if any)*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## EQUITY REFI
PROFIT/LOSS STATEMENT
JUNE 1, 2010 to DECEMBER 31, 2010

| Month | Monthly Income | Monthly Expenses | Profit/Loss |
|---|---|---|---|
| July | 500.00 | $1240.00 | - 640.00 |
| August | 1400.00 | 1240.00 | - 232.00 |
| September | 1400.00 | 1,317.00 | + 83.00 |
| October | 2900.00 | 1240.00 | - 1240.00 |
| November | 12500.00 | 5440.00 | +7060.00 |
| December | 3,224.00 | 2142.00 | + 1082.00 |
| **Total Income** | **$ 21324.00** | 12619.00 | 8705.00 |